

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE MATTER OF | § | No. 08-24-00334-CV |
|  | § | Appeal from the |
| R. I. M.-L., | § | 65th District Court |
| a Juvenile. | § | of El Paso County, Texas |
|  | § | (TC# 2000122) |

## **J U D G M E N T**

The Court has considered this cause on Appellant's voluntary motion to dismiss the appeal and concludes that the motion should be granted. We therefore grant Appellant's motion to dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 21st day of March 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.